**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARKO LAW, PLLC,

        Plaintiff,

-vs-

ALEXANDER AND ANGELAS, P.C.,

        Defendant.

Case No.

Hon.

*Removed from:*
Wayne County Circuit Court
Case No. 25-005221-NZ

                                  /

**<u>DEFENDANT'S APPENDIX</u>**

1

## TABLE OF CONTENTS

| **Appendix #** | **Title** |
|---|---|
| **Exhibit #1** | Summons and Complaint – Wayne County Circuit Court Case No. 25-005221-NZ |
| **Exhibit #2** | Opinion and Order dated March 26, 2025 – Brian Paul Hyde v. Jason Kass, et al., Case No. 2:19-cv- 3403; ECF No. 120 |
| **Exhibit #3** | Defendant's Notice of Filing Notice of Removal |