# EXHIBIT #3

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

MARKO LAW, PLLC,

           Plaintiff,

-vs-

ALEXANDER AND ANGELS, P.C.,

           Defendant.

Case No. 25-005221-NZ

Hon. Brian R. Sullivan

| | |
|---|---|
| **JONATHAN R. MARKO** (P72450)<br>**MICHAEL L. JONES** (P85223)<br>Attorneys for Plaintiff<br>Marko Law, PLLC<br>220 W Congress, Fourth Floor<br>Detroit, MI 48226<br>(313) 879-0229<br>Michael@markolaw.com | **JOHN T. ALEXANDER** (P43789)<br>**PETER A. ANGELAS** (P41739)<br>Alexander & Angelas, P.C.<br>Attorneys for Defendant<br>30200 Telegraph Road, Suite 400<br>Bingham Farms, MI 48025<br>(248) 290-5600<br>Peter@AlexanderAndAngelas.com |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:    Clerk of the Court
        Wayne County Circuit Court
        2 Woodward Ave., Detroit, MI 48226

        Michael L. Jones (P85223)
        220 W Congress, Fourth Floor, Detroit, MI 48226
        Attorneys for Plaintiff

NOW COMES the above-named Defendant, Alexander & Angelas, P.C., by and through its attorneys, Law Offices of Alexander & Angelas, P.C., and pursuant to 28 U.S.C. §1441(a), notice is hereby given that this action has been removed to the United States District Court, Eastern District of Michigan, Southern Division. The United States District Court, Eastern District of Michigan, Southern Division shall docket this action and grant all relief proper under the circumstances. A copy of the Notice of Removal which was filed on April 24, 2025 is attached hereto.

1

Respectfully submitted,

Law Offices of
ALEXANDER & ANGELAS, P.C.

By:    */s/ John T. Alexander*
        **JOHN T. ALEXANDER** (P43789)
        Attorneys for Defendant
        30200 Telegraph Road, Suite 400
        Bingham Farms, MI 48025

Dated: April 24, 2025        (248) 290-5600

---

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein and the Clerk of the Court (using MiFile system) at their respective addresses disclosed on the pleadings on April 24, 2025 by:

☐ U.S. Mail        ☐ Facsimile
☐ Hand Delivered    ☐ Overnight Courier
☐ Certified Mail      ⊠ E-File
⊠ E-Serve        ☐ E-Mail

Signature:  */s/ Carly Marquardt*
           *Carly Marquardt*